DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDWARD A. BEHL, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2123

_____

May 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

Edward A. Behl, Sr., pro se.


PER CURIAM.

    Affirmed.


SLEET, C.J., and LaROSE and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.